# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147391(67)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147391
COA: 307360
Calhoun CC: 2011-002060-FH

MATTHEW CHARLES MCKINLEY, a/k/a
JEFFREY ALAN NEWBOLD
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of Tyree Robert Ross for leave to file an amicus curiae brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2014



Clerk